MR. Ronald Lee Alexander Sr.    12,025-02,03,04,
#830441              4F28B              05,06,07,08

Mark W. Stiles Unit
3060 FM 3514
Beaumont, Tx 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

November 6, 2015

RE: Requesting all documents/writs/decision
files in cause no# 279738 from the
176th Dist. court in Ronald L. Alexander

Honorable Clerk

I am requesting the deposition and decisions in all writs
that was filed in this court under cause no# 279738 –
from the 176th District court Judge Brian Rains, in Harris
County – Houston, Texas.
                    Thanks to your assistent!
                              Sincerely,

                              Ronald L. Alexander Sr.
                    #830441   Stiles unit